IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CEOLA SMITH | : | CIVIL ACTION |
| *INDIVIDUALLY AND AS* | : | |
| *ADMINISTRATRIX OF THE ESTATE* | : | |
| *OF JARRED SMITH, DECEASED* | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SANDALS RESORTS | : | NO. 07-CV-03695 |
| INTERNATIONAL, LTD. | : | |
| *D/B/A SANDALS, A FOREIGN* | : | |
| *BUSINESS ENTITY*, et al. | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 19th day of April, 2010, after hearings held on December 22, 2009 and March 16, 2010, and upon consideration of Tate's Objections to Distribution (Doc. Nos. 73, 74), and all responses thereto (Doc. No. 83, 84, 85), it is hereby ORDERED Tate's Objections to Distribution is GRANTED in part and DENIED in part. My December 22, 2009 Order is amended to modify the approved settlement sum of $6,520,000 in the above-captioned matter distribution as follows:

    Wrongful Death Claim: $5,520,000.00, divided as follows:

        Counsel fees and expenses: $2,208,000.00

        Ceola Smith: $3,312,000.00

    Survival Action: $1,000,000.00, divided as follows:

        Counsel fees and expenses: $400,000.00

        Commonwealth of Pennsylvania Department of Public Welfare for satisfaction of the Medicaid Lien: $108,743.55

Surviving heir, Ceola Smith: $245,628.22

Surviving heir, Evanuel Tate: $245,628.23

                                        BY THE COURT:

                                        \s\ TIMOTHY R. RICE
                                        TIMOTHY R. RICE
                                        U.S. MAGISTRATE JUDGE